# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT-COLON, et al.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **CITY OF SAN JUAN, a public entity also known as the Municipality of San Juan,** <br><br> **Defendant.** | **CASE NO. 19-1837  (GAG)** |

## ORDER re: Stay of Proceedings

The Court hereby stays all proceedings in this case **until January 15, 2021**. The Court is aware that on January 2021 the incoming Mayor and Legislative Assembly of the Municipality of San Juan will be sworn-in. Accordingly, the Court deems it important that the new Municipal government has an opportunity to evaluate the case. Once the stay concludes, the parties are strongly urged to consider reasonable settlement options. The Court will be scheduling a settlement-mediation conference early in 2021. It is in the interest of both the Municipal government and Plaintiffs to resolve this matter by way of agreement, if possible. The same can be implemented gradually, thus not affecting the finances of the Municipality, while at the same time allowing Plaintiffs to see the implementation of any remedy they may be entitled to. In addition, litigating this case, should the Plaintiffs succeed, will entitle them to attorney's fees. In the Court's experience, this can be quite costly.

**Civil No. 19-1837 (GAG)**

The fact that the Court issues this order does not in any way suggest that Plaintiffs or Defendant will ultimately prevail should this matter be fully litigated. Copy of this order shall be immediately provided to the Municipality's outgoing and incoming Transition Committees.

**SO ORDERED.**

In San Juan, Puerto Rico this 2nd day of December, 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge