IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT-COLON; VIRGEN NEGRON-VILLEGAS, A.V.R. by her friend and mother, Widallys Rivera Quiñones; and WILLIAM RODRIGUEZ BURGOS, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JUAN, a public entity also known as Municipality of San Juan**<br><br>Defendant. | Civil No.<br>3:19-cv-01837-JAG-GLS |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER AND REQUESTING ORDER

**TO THE HONORABLE COURT:**

**COMES NOW,** Plaintiffs and Defendant the Municipality of San Juan (the "Municipality") though their respective undersigned counsel who respectfully states and prays as follows:

1. On March 3, 2022, a mediation session was held in the case of caption. On that mediation session the Court ordered that the parties meet on May 3, 2022, to discuss the final draft of the self-assessment plan and possibility of reaching an agreement. Depending on the results of said meeting, a further mediation session was scheduled for May 12, 2022.

2. The Court ordered the parties to notify the results of said meeting by May 5, 2022. Docket Num. 56. The informative motion on the results of the mediation session was filed with

the Court on May 5, 2022. After this, the Court issued an order requesting to file a new informative motion on the result of the settlement agreements on May 27, 2022. Docket Num. 63.

    3.      In compliance with said order, the parties exchanged emails in which they discussed the acceptance or rejection of the settlement agreement proposed by the Plaintiff.

    4.      In an email dated today, the legal representatives of the Defendant Party indicated that they definitely were not able to accept the proposed settlement agreement.

    5.      For this reason, the Parties allow themselves to inform the Court that it has not been possible to reach an agreement that puts an end to the controversy in this case.

    6.      In accordance with the foregoing, the parties respectfully request the court to set aside the mediation session scheduled for June 9, 2022 at 4:00 PM before US Magistrate Judge Giselle Lopez-Soler. Likewise, it is requested that the stay of the process be lifted and that the litigation be continued.

**WHEREFORE**, the parties to the case of caption respectfully requests that the Court take notice of the foregoing and set aside the mediation session scheduled for June 9, 2022 at 4:00 PM. The parties also respectfully request that the stay of the process be lifted and that the litigation be continued.

    **RESPECTFULLY SUBMITTED**.

    In San Juan, Puerto Rico, this 27th day of May 2022.

s/Raúl S. Mariani Franco
Raúl S. Mariani Franco
USDC-PR NO.: 210309

s/Teichka M. Rodríguez Muñoz
Teichka M. Rodríguez Muñoz
USDC-PR NO.: 306509

*Counsel for the Municipality of San Juan*

Mariani-Franco Law, PSC
P.O. Box 9022864
San Juan, PR 00902-2864
Tel. (787) 620-0038
Fax: (787) 620-0039
marianifrancolaw@gmail.com
trodriguez@trmlawpr.com

**VELEZ LAW GROUP LLC**
Civil Rights Division

s/José Carlos Vélez-Colon
JOSE CARLOS VÉLEZ COLÓN
USDC-PR 231014
421 Ave Muñoz Rivera #205
San Juan, PR 00918
T.: (787) 254-8267
vlg@velezlawgroup.com

Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**Dated**: May 27, 2022.

**VELEZ LAW GROUP LLC**
Civil Rights Division

s/José Carlos Vélez-Colon
JOSE CARLOS VÉLEZ COLÓN
USDC-PR 231014
421 Ave Muñoz Rivera #205
San Juan, PR 00918
T.: (787) 254-8267
vlg@velezlawgroup.com

Attorney for Plaintiff