# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Faustino X. Betancourt-Colón *et al.* Plaintiffs,<br><br>v.<br><br>City of San Juan Defendant. | Civil. No. 19-1837 (JAG-GLS) |

## MINUTES

A further mediation session was held on June 9, 2022, by VTC before U.S. Magistrate Judge Giselle López-Soler from 4:04 p.m. until 4:47 p.m. Plaintiffs were represented by José Carlos Vélez-Colón and Defendant Municipality of San Juan was represented by Raúl Mariani. Also present were Adam Lewis and Paula Rubin representing the United States of America, an interested party in this action, and Ricardo Burgos-Vargas, counsel for the Municipality in Franky González-Rivera v. Municipio de San Juan, Civil No. 21-1537 (PAD).[1]

The parties informed the Court about the progress of their settlement efforts and were able to work through their impasse. The Court set the following schedule in furtherance of negotiations:

1. The Municipality will inform within the next ten (10) days, by **June 20, 2022**, whether it is willing to settle this case as a class action.

2. The Municipality will respond to Plaintiffs' comments as to the self-assessment plan no later than **June 29, 2022**.

3. The parties will meet on **July 1, 2022** at 10:00 a.m. to discuss any items of the self-assessment plan that are still in dispute. If the parties can reach an agreement as to the totality of the self-assessment plan, they will inform the Court accordingly.

Further mediation session to be held in person on **July 13, 2022** at 10:30 am. Representatives of each side with full authority to negotiate all items of the self-assessment plan must attend the hearing.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of June 2022.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge

---

[1] The Municipality requested the consolidation of Franky González-Rivera v. Municipio de San Juan, Civil No. 21-1537 (PAD), with this case. Docket No. 51. The matter is pending.